IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01682-RPM

BRADLEY G. HARRIS,

    Plaintiff,

v.

ABOUND SOLAR, INC.,

    Defendant.

---

ORDER STRIKING PLAINTIFF'S FIRST AMENDED COMPLAINT

---

On June 2, 2011, the plaintiff filed a plaintiff's first amended complaint without complying with Fed.R.Civ.P. 15(a)(2) and, accordingly it is

ORDERED that the plaintiff's first amended complaint is stricken.

Dated:   June 3rd , 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge