# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-01682-RPM

BRADLEY G. HARRIS

    Plaintiff,

v.

ABOUND SOLAR, INC.

    Defendant.
_____

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT
_____

Upon consideration of the unopposed Motion by Plaintiff, Bradley G. Harris, to amend his Complaint [18], it is

ORDERED that the motion is granted and the first amended complaint attached thereto is accepted for filing..

DATED: June 14, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge