**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  October 6, 2011
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-01682-RPM

BRADLEY G. HARRIS,                                    Randolph H. H. Freking

     Plaintiff,

v.

ABOUND SOLAR, INC.,                                   Amy P. Hartman

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Compel**

**11:00 a.m.        Court in session.**

Court's preliminary remarks.

Ms. Hartman answers questions asked by the Court regarding case facts (RIF / reorganization) and discovery.
Ms. Hartman states a total of four employees were released and Susan Strating case is before Judge Babcock (10-cv-02344-LTB-MEH).

Argument by Mr. Freking.
Argument by Ms. Hartman.

**ORDERED:    Plaintiff's Motion to Compel Discovery and Extend Expert Deadline [22], is resolved as follows: counsel shall review HR personnel files together and any admissible evidence ascertained may be copied for trial. Expert report deadline extended to October 31, 2011.**

**11:38 a.m.        Court in recess.**

Hearing concluded.  Total time: 38 min.