# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  May 8, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

___

Civil Action No. 10-cv-01682-RPM

BRADLEY G. HARRIS,                                      Randolph H. H. Freking

    Plaintiff,

v.

ABOUND SOLAR, INC.,                                     Amy P. Hartman
                                                        Amy Burma
    Defendant.

___

## COURTROOM MINUTES
___

**Hearing on Pending Motions**

**1:59 p.m.      Court in session.**

Plaintiff and defendant's client representative Dennis Stoltenberg are present.

Court's preliminary remarks.

Counsel state the Strating case is set for trial (9/17/2012).

Court's states its summary of the case facts.

Argument by Ms. Hartman,
Argument by Mr. Freking.
**Mr. Freking states plaintiff concedes his claims for age discrimination and withdraws those claims.**

**ORDERED:**   **Plaintiff's Age Discrimination Claims IV and V of the First Amended Complaint [20] are withdrawn and dismissed.**

Rebuttal argument by Ms. Hartman.

**ORDERED:**   **Plaintiff's Motion to Compel Discovery [26], is withdrawn as stated by counsel on record.**

    **Defendant's Motion for Summary Judgment [27], is taken under advisement.**

    **Plaintiff's Motion for Summary Judgment on Defendant's Counterclaims [30], is taken under advisement.**

**3: 22 p.m.      Court in recess.**         Hearing concluded.  Total time: 1 hr. 23  min.