IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01682-RPM

BRADLEY G. HARRIS,

      Plaintiff,

v.

ABOUND SOLAR, INC.,

       Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

The Court having determined that a pretrial conference should now be scheduled, it is

ORDERED that a pretrial conference is scheduled for **August 8, 2012, at 10:00 a.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and

Submission of Final Pretrial Order which may be found at

**www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall

be delivered in paper form directly to chambers by **4:00 p.m.** on **August 2, 2012.**  The conference

is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be

permitted to attend.

      Dated:   June 6th, 2012

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior District Judge