IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01682-RPM

BRADLEY G. HARRIS,

    Plaintiff,

v.

ABOUND SOLAR, INC.,

    Defendant.

---

ORDER VACATING PRETRIAL CONFERENCE

---

On July 3, 2012, defendant filed a Notice of Filing Bankruptcy [41].  It is therefore

ORDERED that the August 8, 2012, pretrial conference is vacated.

Dated:  July 5th, 2012

                                            BY THE COURT:

                                            s/ Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge