IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01682-RPM

BRADLEY G. HARRIS,

      Plaintiff,

v.

ABOUND SOLAR, INC.,

      Defendant.
_____

ORDER FOR STATUS REPORT
_____

      On July 3, 2012, defendant's counsel filed a Notice of Filing Bankruptcy. Nothing further has been filed regarding that action and it is now

      ORDERED that counsel shall submit a status report on or before August 12, 2013.

      Dated:  August 5th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge