# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-01682-RPM

BRADLEY G. HARRIS

        Plaintiff,

    v.

ABOUND SOLAR, INC.

        Defendant.

---

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

---

In accordance with Federal Rule of Civil Procedure 7(b)(1) and 41(a)(1)(A)(ii), Plaintiff Bradley G. Harris and Defendant Abound Solar, Inc. hereby respectfully request that this Court dismiss this action with prejudice, with each party to bear his or its own attorney fees and costs.

Dated this 12th day of August, 2013.

Respectfully submitted,

| | |
|---|---|
| */s/ Randolph H. Freking* | */s/ Amy Hartman (via e-mail auth. 8/12/2013)* |
| Randolph H. Freking | Amy Hartman |
| FREKING & BETZ, LLC | Hartman Employment Law Practice LLC |
| 999 18th Street | 1035 Pearl Street, Suite 400 |
| Denver, Colorado 80202 | Boulder, Colorado 80302 |
| Phone: (303) 357-2355 | Phone: (303) 531-0930 |
| *randy@frekingandbetz.com* | *amy@hartmanhrlaw.com* |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's System.

*/s/ Randolph H. Freking*