IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01682-RPM

BRADLEY G. HARRIS,

      Plaintiff,

v.

ABOUND SOLAR, INC.,

      Defendant.

_____

ORDER FOR DISMISSAL
_____

      Pursuant to the Stipulated Motion for Dismissal with Prejudice [44] filed August 12, 2013, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

      Dated:  August 12th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge